## Sowinski, Appellant, *v.* Sowinski.

Submitted April 14, 1969. *Charles Skomski*, for appellant; *Gilfert M. Mihalich*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Thomson, Appellant, *v.* Harris Finance and Leasing, Inc.

Argued April 14, 1969. *Dennis C. Harrington*, with him *Eugene B. Strassburger, III*, and *Harrington, Feeney & Schweers*, for appellant; *H. N. Rosenberg*, with him *Rosenberg & Kirshner*, for appellees.

Judgment affirmed.